UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x

PAUL ABRAMSON, on behalf of himself and
all others similarly situated,

          Plaintiff,

-against-

MEPHISTO, INC.,

          Defendants.
_____x

Civil Action No.

1:24-cv-7253

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Paul Abramson, and Defendant, Mephisto, Inc., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: January 2, 2025

By: *Gabriel Levy*

Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: *Deyuan Lin*
ID vzg4V7qtX3SnZhz2MJGDcRZL

Deyuan Lin, Esq.
   *Attorneys for Defendant*
13522 Newport Ave., Suite 201
Tustin, CA 92780
T : 714-731-3283
Lindanyada@gmail.com

1/6/2025